UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LORI LAIRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:07CV2019 RWS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

The Court referred this matter to United States Magistrate Judge Thomas C. Mummert, III for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On January 30, 2009, Judge Mummert filed his recommendation that the decision of the Commissioner be reversed and that this case be remanded to the Commissioner for further proceedings. No objections to the Report and Recommendation were filed. After careful consideration, I will adopt and sustain the thorough reasoning of Judge Mummert.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated January 30, 2009 [#25] is adopted in its entirety.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is reversed and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this Memorandum and Order adopting the Report and Recommendation dated January 30, 2009.

A separate judgment in accord with this Memorandum and Order is entered this date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 12th day of February, 2009.